UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD C. LAMPARTER and
MARY LAMPARTER

     Plaintiff,

vs                               Case No: 05-71167
                                     Honorable Victoria A. Roberts

UNITED STATES OF AMERICA,

     Defendant.

_____/

## ORDER STAYING PROCEEDINGS

On August 17, 2005, the Court held a telephone conference with counsel for the parties.  Attending were Michael Indenbaum representing the Plaintiffs and Michael Davis representing the Defendant.  Based on the discussion held, this matter is STAYED until resolution of two matters presently in the Unites States Tax Court, under docket numbers 4235-05 and 4292-05.  This stay will remain in full force and effect until all appeals have been exhausted in the pending Tax Court matters.

**IT IS SO ORDERED**.

                                   /s/ Victoria A. Roberts_____
                                   Victoria A. Roberts
                                   United States District Judge

Dated:  August 18, 2005

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 18, 2005.

s/Linda Vertriest_____
Deputy Clerk